UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK O'LOUGHLIN,

    Plaintiff,

vs.                                             Case No.: 0:15-cv-60660-JIC

EQUIFAX, INC.; EXPERIAN
INFORMATION SOLUTIONS, INC.;
and FLAGSTAR BANK, FSB

    Defendants.
_____/

## DEFENDANT EQUIFAX INC.'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant Equifax Inc., by Counsel, and for its response to Plaintiff's Complaint states as follows:

## ANSWER

In answering the Complaint, Equifax Inc. states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax Inc. denies any and all allegations contained in the headings and/or unnumbered paragraphs in the Complaint. In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax Inc. responds as follows:

1. Equifax Inc. admits that Plaintiff purports to bring a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"), but denies it has violated the FCRA

2. Equifax, Inc. denies jurisdiction is proper in the 17th Judicial Circuit Court, Broward County, Florida. Equifax Inc. states jurisdiction is proper in the United States District Court, Southern District of Florida.

3. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax Inc. denies it regularly conducts business in Broward County, Florida. Equifax Inc. admits it has a principal place of business in Atlanta, Georgia.

7. Equifax Inc. denies the allegations in Paragraph 7.

8. Equifax Inc. denies the allegations in Paragraph 8. Equifax Inc. is not a consumer reporting agency.

9. Equifax Inc. denies the allegations in Paragraph 9. Equifax Inc. is not a consumer reporting agency.

10. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax Inc. denies the allegations in Paragraph 19.

20. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax Inc. denies the allegations in Paragraph 22.

23. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax Inc. denies the allegations in Paragraph 24.

25. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax Inc. denies the allegations in Paragraph 26.

27. Equifax Inc. denies the allegations in Paragraph 27.

28. Equifax Inc. denies the allegations in Paragraph 28.

29. Equifax Inc. denies the allegations in Paragraph 29.

30. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 37. Equifax Inc. further states that it is not a credit reporting agency.

38. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39. Equifax Inc. further states that it is not a credit reporting agency.

40. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 40. Equifax Inc. further states that it is not a credit reporting agency.

41. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 41. Equifax Inc. further states that it is not a credit reporting agency.

42. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 42. Equifax Inc. further states that it is not a credit reporting agency.

43. Equifax Inc. denies the allegations that apply to it. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 43. Equifax Inc. further states that it is not a credit reporting agency.

44. Paragraph 44 contains no allegations. To the extent anything in Paragraph 44 can be construed as allegations against Equifax Inc., those allegations are denied.

45. Equifax Inc. denies the allegations in Paragraph 45. Equifax Inc. further states that it is not a credit reporting agency.

46. Equifax Inc. denies the allegations in Paragraph 46. Equifax Inc. further states that it is not a credit reporting agency.

47. Equifax Inc. denies the allegations in Paragraph 47. Equifax Inc. further states that it is not a credit reporting agency.

48. Equifax Inc. denies the allegations in Paragraph 48. Equifax Inc. further states that it is not a credit reporting agency.

49. Equifax Inc. denies the allegations in Paragraph 49. Equifax Inc. further states that it is not a credit reporting agency.

50. Paragraph 50 contains no allegations. To the extent anything in Paragraph 50 can be construed as allegations against Equifax Inc., those allegations are denied.

51. Equifax Inc. denies the allegations in Paragraph 51. Equifax Inc. further states that it is not a credit reporting agency.

52. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax Inc. denies the allegations in Paragraph 53. Equifax Inc. further states that it is not a credit reporting agency.

54. Equifax Inc. denies the allegations in Paragraph 54. Equifax Inc. further states that it is not a credit reporting agency.

55. Equifax Inc. denies the allegations in Paragraph 55. Equifax Inc. further states that it is not a credit reporting agency.

56. Paragraph 56 contains no allegations. To the extent anything in Paragraph 56 can be construed as allegations against Equifax Inc., those allegations are denied.

57. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Paragraph 62 contains no allegations. To the extent anything in Paragraph 62 can be construed as allegations against Equifax Inc., those allegations are denied.

63. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68. Paragraph 68 contains no allegations. To the extent anything in Paragraph 68 can be construed as allegations against Equifax Inc., those allegations are denied.

69. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74. Equifax Inc. denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 73.

75. Equifax Inc. admits Plaintiff demands a trial by jury and likewise demands a trial by jury.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax Inc. pleads the following defenses to the Complaint:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Equifax Inc. upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's damages, if any, were not caused by Equifax Inc., but by another person or entity for whom or for which Equifax Inc. is not responsible.

## THIRD DEFENSE

The Complaint is barred by the fault and negligence of other persons or entities and plaintiff's damages, if any, should be apportioned according to the principles of comparative fault.

## FOURTH DEFENSE

Equifax Inc. is not a proper party to this action.

## FIFTH DEFENSE

Equifax Inc. is not the consumer reporting agency for Plaintiff's credit file.

## SIXTH DEFENSE

Equifax Inc. denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

## SEVENTH DEFENSE

At all relevant times herein, the Plaintiff's alleged damages, which Equifax Inc. denies exist, were aggravated by the failure of the Plaintiff to use reasonable diligence to mitigate the same.  Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of his failure to mitigate alleged losses.

## EIGHTH DEFENSE

Equifax Inc. reserves the right to assert additional defenses that it learns through the course of discovery.

**WHEREFORE**, having fully answered or otherwise responded to the allegations contained in Plaintiff's Complaint, Equifax Inc. prays that:

(1)   Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)   That Equifax Inc. be dismissed as a party to this action;

(3)   That this lawsuit be deemed frivolous and Equifax Inc. recover from plaintiff its expenses of litigation, including but not limited to attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15 U.S.C. § 1681o(b); and

(4) That Equifax Inc. recover such other and additional relief, as the Court deems just and appropriate.

Dated: April 7, 2015

/s/ J. Anthony Love
J. Anthony Love
FL Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com

Attorney for Defendant Equifax, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANT EQUIFAX, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT via ECF to the following:

Leo Bueno
Leo Bueno, Attorney, P.A.
P.O. Box 141679
Coral Gables, FL 33114

Maria H. Ruiz
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131

Andrew P. Marcus
Gray Robinson, P.A.
401 East Las Olas Blvd., Suite 1000
Ft. Lauderdale, Florida 33301
Attorney for Defendant Flagstar Bank, FSB

Dated:  April 7, 2015.

                                                /s/ J. Anthony Love
                                                   J. Anthony Love