UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60660-CIV-COHN-SELTZER

MARK O'LOUGHLIN,
    Plaintiff,

vs.

EQUIFAX, INC.; EXPERIAN
INFORMATION SOLUTIONS, INC.,
and FLAGSTAR BANK, FSB,
    Defendants.
_____/

## JOINT MOTION FOR PARTIAL DISMISSAL OF EQUIFAX, INC., WITHOUT PREJUDICE

Plaintiff Mark O'Loughlin and Defendant Equifax, Inc. ("Equifax"), according to Fed.R.Civ.P. 21, respectfully ask this Honorable Court to dismiss Equifax as a party in this action, without prejudice. Plaintiff and Equifax propose that the Court enter the attached *Order of Partial Dismissal of Equifax, Inc.*.

Plaintiff has agreed to dismiss Equifax as a party in this action. There are no cross-claims or third-party claims pending against Equifax by any party, and codefendant Flagstar Bank, FSB agrees to the relief sought in this motion. The other initial party in this action, Experian Information Solutions, Inc., has been previously dismissed by the Court. [DE 23].

THEREFORE, Plaintiff and Flagstar respectfully request that the Court dismiss Equifax from this action.

/s/ *J. Anthony Love*
J. Anthony Love, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600 Fax: (404) 572-5100
Email: tlove@kslaw.com
*Counsel for Equifax, Inc.*

/s/ *Leo Bueno*

Leo Bueno (Fla. Bar No. 716261)
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL 33114-1679
305-669-5260; Fax: 305-328-9301
Leo@BuenoLaw.com
*Attorney for Plaintiff Mark O'Loughlin*

## Certificate of Service

I hereby certify that on 2015-08-31 the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached *Service List* via the Court's CM/ECF system.

/s/ *Leo Bueno*

Leo Bueno, Fla. Bar #: 716261
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL  33114-1679
305-669-5260; 305-328-9301 [fax]
Leo@BuenoLaw.com
Yalexis@BuenoLaw.com
Attorney for Plaintiff

## Service List

Maria H. Ruiz
Florida Bar No.: 182923
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131-3426
Tel: 786-587-1044
Fax: 305-675-2601
mruiz@kasowitz.com
*Counsel for Experian Information Solutions, Inc.*

J. Anthony Love, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600 Fax: (404) 572-5100
Email: tlove@kslaw.com
*Counsel for Equifax, Inc.*

Andrew P. Marcus
GRAY ROBINSON, P.A.

401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel: 954-761-8111 Fax: 954-761-8112
andrew.marcus@gray-robinson.com
*Counsel for Flagstar Bank, FSB*

G:\CLIENTS\OLoughlin Mark 0000 [Flagstar]\OLoughlin Mark Joint Motion For Partial Dismissal of Equifax.docx

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60660-CIV-COHN-SELTZER

MARK O'LOUGHLIN,
    Plaintiff,
vs.
EQUIFAX, INC.; EXPERIAN
INFORMATION SOLUTIONS, INC.,
and FLAGSTAR BANK, FSB,
    Defendants.
_____/

### ORDER OF PARTIAL DISMISSAL OF EQUIFAX, INC.

**THIS CAUSE** is before the Court on the Joint Motion for Partial Dismissal of Equifax, Inc., Without Prejudice [DE \_\_\_\_] ("Notice"). The Court having reviewed the Notice, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Defendant Equifax, Inc., with each party to bear its own attorneys' fees and costs. This case shall remain pending and active as to the remaining Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of September, 2015.

                                          _____
                                            JAMES I. COHN
                                   United States District Judge

Copies provided to:

Counsel of record via CM/ECF

G:\CLIENTS\OLoughlin Mark 0000 [Flagstar]\OLoughlin Mark Order of Partial Dismissal of Flagstar.docx